IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER D. COOPER, President, e-Formulate Inc., | ) ) ) |
| Petitioner, | ) 4:17CV3059 ) ) |
| v. | ) ORDER ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 11). Petitioner filed a Notice of Appeal (Filing No. 10) on August 31, 2017. Petitioner appeals from the court's Judgment dated July 31, 2017 (Filing No. 9). Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that:

1. Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 11) is granted.

2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 18th day of September, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge